**PROCEEDING MEMO AND MINUTES OF**
**THE CHAPTER 7 §341 MEETING**
**DATE 01/22/2026  08:30 AM**

In re:   ELEVATE HEALTH, LLC                                          Case No. 25-13062
                                                                                          SECTION A

**APPEARANCES:**
(✓) DEBTOR 1                                                      ( ) DEBTOR 2 (Wife in Joint case)
   ( ) Required picture I.D. produced                       ( ) Required picture I.D. produced
   ( ) Required SSN verification produced                 ( ) Required SSN verification produced
   ( ) Pay advices received                                        ( ) Pay advices received

Credit counseling certificate   ( ) filed        ( ) not filed
Tax returns received for _____ (years) on _____
Financial Documents were ( ) retained by trustee   ( ) returned to debtor(s)
(✓) DEBTOR(S) REPRESENTATIVE   _SAJED ARGUELLES - SOLE MANAGING MEMBER_
( ) ATTORNEY FOR DEBTOR(S): _____
( ) DEBTOR(S) APPEARED PRO SE
       YES ( )   NO ( )  If Pro Se, did anyone assist with preparation?
       YES ( )   NO ( )  If Yes, debtor has completed pro se form?
THE MEETING OF CREDITORS WAS:
       ( ) HELD
       or
       ( ) NOT HELD
       or
       ( ) NOT CONCLUDED AND IS CONTINUED TO THE ___ DAY OF _____
           2025 AT _____ O'CLOCK ___.M.
YES (✓)  NO ( )  Has attorney for debtor filed statement of compensation pursuant to 11 U.S.C. 329?
CREDITOR(S)   _STEPHEN BREWER - ACE FUNDING LLC_
_PATSY WELLS - PATIENT_

**DEBTOR(S) REQUIRED TO:**
( ) AMEND Schedules and Statements within _____ Days of 341 Meeting
( ) OTHER: _____
_____
_____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
_____
_____
_____

ADDITIONAL NOTES: _____
_____

DATED:   01/22/2026                            TRUSTEE Wilbur J. Babin, Jr. _____
TRACK #  _0005_