**LAEB B2040 (from Official Form 2040 (12/15))**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Louisiana

In re

Elevate Health, LLC

Debtor(s)*

Case No.  25–13062

Chapter  7

|  | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1.  Debtor's full name** | Elevate Health, LLC | |
| | Social Security number or ITIN  _ _ _ _ | Social Security number or ITIN  _ _ _ _ |
| | EIN  **92–2775468** | EIN  _ _ – _ _ _ _ _ _ _ |
| **2.  All other names used in the last 8 years** | | |
| **3.  Address** | 180 New Camellia Blvd.<br>Suite 100<br>Covington, LA 70433 | |

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

CLAIMS MUST BE FILED ON OR BEFORE:  **June 24, 2026**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be completed and submitted online through this court's website (www.laeb.uscourts.gov/electronic–proof–claim–non–ecf–filers). Additionally, a proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office and may be submitted by mail. To receive acknowledgment of your filing, you may either enclose a stamped self–addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim. There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

<u>Address of the Bankruptcy Court</u>
Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B–601
New Orleans, Louisiana 70130–3386
Telephone number: (504) 589–7878

Denise Fredricks

Clerk of the Bankruptcy Court

Date:  3/24/26

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors. set forth the last four digits of both

social–security numbers or individual taxpayer–identification numbers.

United States Bankruptcy Court

Eastern District of Louisiana

In re:                                                                          Case No. 25-13062-MSG

Elevate Health, LLC                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 053L-2                          User: admin                                Page 1 of 2
Date Rcvd: Mar 24, 2026                       Form ID: 2040laeb                          Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elevate Health, LLC, 180 New Camellia Blvd., Suite 100, Covington, LA 70433-7835 |
| 4173613 | + | Ace Funding, 3111 N University Dr., Suite 702, Pompano Beach, FL 33065-5060 |
| 4173615 | + | Amy Sherry Fischer, Foliart Huff Ottaway & Bottom, 201 Robert S Kerr Avenue, 12th Floor, Oklahoma City, OK 73102-4218 |
| 4173616 | + | Andrew Roman Perrong, Perrong Law LLC, 2657 Mt. Carmel Avenue, Glenside, PA 19038-2911 |
| 4173619 | + | Katherine C. Mannino, Phelps Dunbar LLP, 400 Convention Street, Suite 1100, Baton Rouge, LA 70802-5615 |
| 4173620 | + | Kathleen Schweer, Perrong Law LLC, 2657 Mt. Carmel Avenue, Glenside, PA 19038-2911 |
| 4173622 | + | Messer Financial Group, 2401 Sardis Rd N, #110, Charlotte, NC 28227-7722 |
| 4173624 | + | OnScript AI, 200 Central Avenue, 4th Floor, Saint Petersburg, FL 33701-3566 |
| 4173625 | + | Paige C. Jones, Phelps Dunbar LLP, 2102 E. State Hwy. 114, Suite 207, Southlake, TX 76092-7061 |
| 4173626 | + | Premiere Health Solutions, 2601 Network Blvd., Suite 500, Frisco, TX 75034-1921 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | ^ | MEBN | Mar 24 2026 19:13:07 | Collector of Revenue, City of New Orleans, Department of Finance, 1300 Perdido Street, RM 1W15, New Orleans, LA 70112-2125 |
| smg | | EDI: LADOR | Mar 24 2026 23:13:00 | Louisiana Department of Revenue, Collection Division/Bankruptcy Section, P. O. Box 66658, Baton Rouge, LA 70896-6658 |
| smg | + | Email/Text: bankruptcy_bpc@lwc.la.gov | Mar 24 2026 19:14:00 | Louisiana Workforce Commission, UI Tax Liability and Adjudications, Attn: Bankruptcy Unit, 1001 N. 23rd Street, Baton Rouge, LA 70802-3338 |
| smg | | Email/Text: USALAE.Bankruptcy@usdoj.gov | Mar 24 2026 19:14:00 | U. S. Attorney's Office, Eastern District of Louisiana, 650 Poydras Street, Suite 1600, New Orleans, LA 70130-7212 |
| 4173614 | + | Email/PDF: bncnotices@becket-lee.com | Mar 24 2026 19:19:17 | Amex, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 4173617 | | Email/PDF: bncnotices@becket-lee.com | Mar 24 2026 19:19:20 | Becket and Lee LLP, P.O. Box 3002, Malvern, PA 19355-0702 |
| 4173618 | | EDI: IRS.COM | Mar 24 2026 23:13:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4173621 | | EDI: LADOR | Mar 24 2026 23:13:00 | Louisiana Department of Revenue, P.O. Box 66658, Baton Rouge, LA 70896-6658 |
| 4173623 | + | Email/Text: ustpregion05.nr.ecf@usdoj.gov | Mar 24 2026 19:14:00 | Office of the U.S. Trustee, 600 S. Maestri Place, Suite 840-T, New Orleans, LA 70130-3414 |
| 4173627 | | Email/Text: legal@tritonrecoveryllc.com | Mar 24 2026 19:14:00 | Triton Recovery Group, 3111 N University Drive, Suite 604, Pompano Beach, FL 33065 |
| 4173628 | | Email/Text: USALAE.Bankruptcy@usdoj.gov | Mar 24 2026 19:14:00 | U.S. Attorney, Eastern District of LA, 650 Poydras |

District/off: 053L-2        User: admin        Page 2 of 2

Date Rcvd: Mar 24, 2026        Form ID: 2040laeb        Total Noticed: 21

Street, Suite 1600, New Orleans, LA 70130-7212

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Office of the U.S. Trustee | USTPRegion05.NR.ECF@usdoj.gov |
| Ryan James Richmond | on behalf of Debtor Elevate Health  LLC ryan@snw.law |
| Wilbur J. (Bill) Babin, Jr. | trusteebabin@wjbabin.com  la35@ecfcbis.com |

TOTAL: 3